IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH JONES, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:21-CV-429-WHA-SMD |
| | ) |
| HON. JUDGE JULIE MOODY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on September 29, 2021. Doc. 4. There being no timely objections filed to the Recommendation, and after an independent review of the file, it is ORDERED that:

1. The Recommendation (Doc. 4) is ADOPTED.

2. This case is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(iii).

Final Judgment will be entered separately.

Done, this 22nd day of October 2021.

                                     /s/   W. Harold Albritton
                                     W. HAROLD ALBRITTON
                                     SENIOR UNITED STATES DISTRICT JUDGE